**No. 56650.**—H. George Caspari, Inc. *v.* United States, protests 152846–K and 154622–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of wooden horses and roosters the same in all material respects as those the subject of Abstract 55996, the claim of the plaintiff was sustained.

**No. 56651.**—Albert Bonnier Publishing House and Milton Snedeker Corp. et al. *v.* United States, protests 161426–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of wooden animal figures similar in all material respects to those the subject of Abstract 55996, the claim of the plaintiffs was sustained.

**No. 56652.**—Gerhard & Hey Co., Inc. *v.* United States, protest 174910–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of wooden animal figures similar in all material respects to those the subject of Abstract 55996, the claim of the plaintiff was sustained.